# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:18-CR-54** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **PALMER PRICE, JR.,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 17th day of September, 2018, upon consideration of the motion (Doc. 26) to dismiss by defendant Palmer Price, Jr. ("Price"), seeking dismissal of the enhanced penalty pursuant to the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e), charged in Count 2 of the indictment, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Price's motion (Doc. 26) to dismiss is GRANTED.

2. The enhanced penalty pursuant to the ACCA charged in Count 2 of the indictment is DISMISSED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania